**VIRAJ GROUP, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellant,**

v.

Slater Steels Corporation, Carpenter Technology Corporation, Electralloy Corp., Crucible Specialty Metals Division, and Crucible Materials Corp., Defendants–Appellees.

Nos. 2006–1158, 2006–1159.

United States Court of Appeals, Federal Circuit.

May 17, 2006.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b)., for Appeal 06–1159 only.

**Jose R. RIVERA, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 05–3057.

United States Court of Appeals, Federal Circuit.

May 18, 2006.

**ORDER**

A combined petition for panel rehearing and for rehearing en banc having been filed by the Petitioner, and the petition for rehearing, having been referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc having been referred to the circuit judges who are in regular active service,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for panel rehearing be, and the same hereby is, DENIED and it is further

ORDERED that the petition for rehearing en banc be, and the same hereby is, DENIED.

The mandate of the court will issue on May 25, 2006.